| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | JOSEPH RIVERA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00057-DAD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING |
| vs. | |
| JOSEPH RIVERA, | DATE: April 27, 2020 |
| | TIME: 11:00 a.m. |
| Defendant. | JUDGE: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the preliminary hearing in the above-captioned matter now set for March 23, 2020, may be continued until April 27, 2020, at 11:00 a.m.

Given the constantly evolving situation surrounding the COVID-19 virus and other health concerns, the parties believe a continuation of the preliminary hearing is warranted to avoid having all persons associated with this case gather at the courthouse at this time. Additionally, defense counsel would then have additional time to review the newly received discovery with client and prepare for the hearing.

This continuance is being requested after consultation with Mr. Rivera and he consents to the requested date and agrees that good cause exists pursuant to Federal Rules of Criminal Procedure 5.1(c) and (d).

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: March 16, 2020          By:   /s/ *Joseph Barton*
                                     JOSEPH BARTON
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


                                     HEATHER E. WILLIAMS
                                     Federal Defender

DATED: March 16, 2020          By:   /s/ *Charles J. Lee*
                                     CHARLES J. LEE
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     JOSEPH RIVERA


# **O R D E R**

IT IS SO ORDERED that the preliminary hearing in the above-entitled case shall be continued to April 27, 2020, at 11:00 a.m.

IT IS SO ORDERED.

Dated: __**March 16, 2020**__

UNITED STATES MAGISTRATE JUDGE