IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH RIVERA, <br><br> Defendant. | Case No. 1:17-cr-00057-DAD <br><br> ORDER RE HEARING ON DEFENDANT'S APPLICATION FOR ORDER SHORTENING TIME |

On May 5, 2020, Defendant Joseph Rivera filed an application for an order shortening time. A hearing on the application to shorten time has been set for May 6, 2020, at 2:00 p.m. in Courtroom 9. If Defendant wishes to waive his presence at the May 6, 2020 hearing on the application to shorten time may be waived if Defendant so desires. If Defendant chooses to waive his appearance at the May 6, 2020 hearing, counsel shall notify Courtroom Deputy Mamie Hernandez by **11:00 a.m. on May 6, 2020**.

IT IS SO ORDERED.

Dated:   **May 5, 2020**

UNITED STATES MAGISTRATE JUDGE