McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTEREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00057-DAD |
| Plaintiff, | UNITES STATES' MOTION TO DISMISS WITHOUT PREJUDICE |
| vs. | |
| JOSEPH ADRIAN RIVERA, | |
| Defendant. | |

### MOTION TO DISMISS

Pursuant to the request of Unites States Probation Officer Adrian Garcia and in the interests of justice, the United States, by and through its undersigned attorneys, hereby moves to dismiss the Supervised Release Violation Petition filed herein on February 12, 2020, in the above-captioned matter. The United States requests that this matter be dismissed without prejudice and entered on May 28, 2020, or as soon thereafter as practicable, and that the Contested Hearing set for June 8, 2020, be vacated.

DATED: May 28, 2020                    By: */s/ Joseph Barton*
                                            Joseph Barton
                                            Assistant United States Attorney

Motion to Dismiss; [Proposed] Order

# ORDER

Upon the United States' Motion to Dismiss dated May 28, 2020, and for good cause shown, the Supervised Release Violation Petition filed herein on February 12, 2020, in the above-captioned matter is dismissed without prejudice and the Contested Hearing set for June 8, 2020, is hereby vacated.

IT IS SO ORDERED.

Dated: **May 28, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

Motion to Dismiss; [Proposed] Order