HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JOSEPH RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH RIVERA,<br><br>    Defendant. | Case No.  1:17-cr-00057-DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference hearing in the above-captioned matter now set for January 20, 2021, may be continued until January 27, 2021, at 2:00 p.m.

   The parties anticipate a resolution of Mr. Rivera's supervised release violation and an admission on the requested date.  Defense counsel needs additional time to speak with Mr. Rivera and to make arrangements with the Teen Challenge program, where Mr. Rivera is currently residing, to facilitate a Zoom appearance.

   As this is a supervised release violation, no exclusion of time is necessary under the Speedy Trial Act.

///

///

Respectfully submitted,

|   |   |   |   |
|---|---|---|---|
|   |   |   | McGREGOR SCOTT<br>United States Attorney |
| DATED: January 14, 2021 |   | By: | /s/ *Joseph Barton*<br>JOSEPH BARTON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: January 14, 2021 |   | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JOSEPH RIVERA |

## **O R D E R**

IT IS SO ORDERED that the status conference hearing in the above-entitled case shall be continued to January 27, 2021, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **January 15, 2021**

UNITED STATES MAGISTRATE JUDGE